## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Daniel  Brian Martine aka Daniel B.        **BK NO. 24-02073 MJC**
Martine, aka Daniel Martine
      Frances  Elizabeth  Martine aka Frances      **Chapter 13**
E. Martine, aka Frances Martine
                           **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
28 Aug 2024, 14:01:26, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 1ef3a01128f4913f6f683dffa5b236c9a7b0d6fb2f7dbd2467553d95d9c9dda4