United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daniel Brian Martine  
Frances Elizabeth Martine  
    Debtors

Case No. 24-02073-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 23, 2024      Form ID: ntnew341      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel Brian Martine, Frances Elizabeth Martine, P.O. Box 71, Milford, PA 18337-0071 |
| 5646991 | + | DELAWARE TOWNSHIP VOL AMBULANCE, 135 PARK ROAD, PO BOX 186 E, DINGMANS FERRY, PA 18328-0186 |
| 5646992 | ++ | GOLD KEY COUNTRY CLUB, 111 GOLD KEY ROAD, MILFORD PA 18337-5037 address filed with court:, GOLD KEY COUNTRY CLUB, 2000 GOLD KEY ESTATES, 111 GOLD KEY ROAD, MILFORD, PA 18337 |
| 5646993 | + | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 23 2024 18:38:22 | Mid-Hudson Valley Federal Credit Union, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5646994 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2024 18:41:00 | IRS, BOX 7704, SAN FRANCISCO, CA 94120 |
| 5646995 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 23 2024 18:41:00 | KOHLS DEPARTMENT STORE, P.O. BOX 60043, CITY OF INDUSTRY, CA 91716-0043 |
| 5649942 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2024 18:44:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5646996 | | Email/Text: hnichols@mhvfcu.com | Sep 23 2024 18:41:00 | MID-HUDSON VALLEY FCU, PO BOX 1429, KINGSTON, NY 12402 |
| 5652372 | | Email/Text: hnichols@mhvfcu.com | Sep 23 2024 18:41:00 | Mid-Hudson Valley Federal Credit Union, P.O. Box 1429, Kingston, NY 12401 |
| 5654764 | ^ | MEBN | Sep 23 2024 18:38:22 | Mid-Hudson Valley Federal Credit Union, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5646997 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 23 2024 18:56:37 | REGIONAL ACCEPTANCE CORP, PO BOX 830913, BIRMINGHAM, AL 35283-0913 |
| 5646998 | + | Email/Text: bk@roadrunnerfinancial.com | Sep 23 2024 18:41:00 | ROAD RUNNER FINANCIAL SERVICES, PO BOX 6506, CAROL STREAM, IL 60197-6506 |
| 5652616 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 23 2024 18:56:37 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5646999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2024 18:41:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5647262 | *+ | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-2 blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Frances Elizabeth Martine lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Daniel Brian Martine lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel Brian Martine,
aka Daniel B. Martine, aka Daniel Martine,

**Debtor 1**

Frances Elizabeth Martine,
aka Frances E. Martine, aka Frances Martine,

**Debtor 2**

Chapter 13

Case No. 5:24−bk−02073−MJC

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 21, 2024<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 23, 2024 |

ntnew341 (09/23)