THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

**TOWN OF MOUNT HOPE**
1706 State Route 211
Otisville NY 10963

7011-5721
ORG1:1 A
ORG2:2 Non Police
EE ID: 59   DD

| DATE | CHECK NO. |
|---|---|
| 07/19/2024 | 100428 |

PAY TO THE ORDER OF

DANIEL MARTINE
107 WILLIAMS DRIVE
PO BOX 71
MILFORD PA  18337

Total Net Direct Deposit(s)
**$677.48**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                       FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Daniel Martine
107 Williams Drive
PO BOX 71
Milford, PA 18337
**Employee ID:** 59

**Home Department:** 2 Non Police / 1 A

**Pay Period:** 07/03/24 to 07/16/24
**Check Date:** 07/19/24   **Check #:** 100428

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 240 | 677.48 | 3759.18 |
| **NET PAY** | **677.48** | **3759.18** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 39.0000 | 20.0000 | 780.00 | 215.5000 | 4310.00 |
| | Total Hours | 39.0000 | | | 215.5000 | |
| | Total Hrs Worked | 39.0000 | | | | |
| | Gross Earnings | | | 780.00 | | 4310.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 48.36 | 267.22 |
| Medicare | | 11.31 | 62.50 |
| Fed Income Tax | SMS | 21.85 | 110.25 |
| NY Income Tax | S 0 | 21.00 | 110.85 |
| NY Disability | Exempt | | |
| NY PFL | Exempt | | |
| **TOTAL** | | 102.52 | 550.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 677.48 | 3759.18 |

*Payrolls by Paychex, Inc.*
0023  7011-5721  Town Of Mount Hope • 1706 State Route 211 • Otisville NY  10963 • (845) 386-1460

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP
COPY BAN CAPTURES ANTI-FRAUD PROTECTION
Security Features Included • Details on back
Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.

**TOWN OF MOUNT HOPE**
1706 State Route 211
Otisville NY 10963

7011-5721
ORG1:1 A
ORG2:2 Non Police
EE ID: 59          DD

| DATE | CHECK NO. |
|---|---|
| 08/02/2024 | 100468 |

PAY TO THE ORDER OF

DANIEL MARTINE
107 WILLIAMS DRIVE
PO BOX 71
MILFORD PA  18337

Total Net Direct Deposit(s)
**$692.90**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                           FOLD AND REMOVE

---

**PERSONAL AND CHECK INFORMATION**
Daniel Martine
107 Williams Drive
PO BOX 71
Milford, PA 18337
**Employee ID:** 59

**Home Department:** 2 Non Police / 1 A

**Pay Period:** 07/17/24 **to** 07/30/24
**Check Date:** 08/02/24     **Check #:** 100468

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 240 | 692.90 | 4452.08 |
| **NET PAY** | **692.90** | **4452.08** |

**EARNINGS**

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 40.0000 | 20.0000 | 800.00 | 255.5000 | 5110.00 |
| | | Total Hours | 40.0000 | | | 255.5000 | |
| | | Total Hrs Worked | 40.0000 | | | | |
| | | Gross Earnings | | | 800.00 | | 5110.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 316.82 |
| Medicare | | 11.60 | 74.10 |
| Fed Income Tax | SMS | 23.85 | 134.10 |
| NY Income Tax | S 0 | 22.05 | 132.90 |
| NY Disability | Exempt | | |
| NY PFL | Exempt | | |
| **TOTAL** | | 107.10 | 657.92 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 692.90 | 4452.08 |

Payrolls by Paychex, Inc.
0023 7011-5721     Town Of Mount Hope • 1706 State Route 211 • Otisville NY 10963 • (845) 386-1460

TOWN OF MOUNT HOPE
1706 State Route 211
Otisville NY 10963

7011-5721
ORG1:1 A
ORG2:2 Non Police
EE ID: 59      DD

DATE: 08/16/2024     CHECK NO.: 100506

PAY TO THE ORDER OF

DANIEL MARTINE
107 WILLIAMS DRIVE
PO BOX 71
MILFORD PA 18337

Total Net Direct Deposit(s)
**$615.54**
AMOUNT

**VOID**

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Daniel Martine
107 Williams Drive
PO BOX 71
Milford, PA 18337
**Employee ID:** 59

**Home Department:** 2 Non Police / 1 A

**Pay Period:** 07/31/24 to 08/13/24
**Check Date:** 08/16/24   **Check #:** 100506

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 240 | 615.54 | 5067.62 |
| **NET PAY** | **615.54** | **5067.62** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 35.0000 | 20.0000 | 700.00 | 290.5000 | 5810.00 |
| | Total Hours | 35.0000 | | | 290.5000 | |
| | Total Hrs Worked | 35.0000 | | | | |
| | Gross Earnings | | | 700.00 | | 5810.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.40 | 360.22 |
| Medicare | | 10.15 | 84.25 |
| Fed Income Tax | SMS | 13.85 | 147.95 |
| NY Income Tax | S 0 | 17.06 | 149.96 |
| NY Disability | Exempt | | |
| NY PFL | Exempt | | |
| **TOTAL** | | **84.46** | **742.38** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 615.54 | 5067.62 |

Payrolls by Paychex, Inc.
0023 7011-5721  Town Of Mount Hope • 1706 State Route 211 • Otisville NY 10963 • (845) 386-1460

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

TOWN OF MOUNT HOPE
1706 State Route 211
Otisville NY 10963

7011-5721
ORG1:1 A
ORG2:2 Non Police
EE ID: 59   DD

DATE: 08/30/2024
CHECK NO.: 100549

**PAY TO THE ORDER OF**

DANIEL MARTINE
107 WILLIAMS DRIVE
PO BOX 71
MILFORD PA  18337

Total Net Direct Deposit(s)
**$615.54**
AMOUNT

VOID  THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Daniel Martine
107 Williams Drive
PO BOX 71
Milford, PA 18337
**Employee ID:** 59

**Home Department:** 2 Non Police / 1 A

**Pay Period:** 08/14/24 to 08/27/24
**Check Date:** 08/30/24   **Check #:** 100549

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 240 | 615.54 | 5683.16 |
| **NET PAY** | **615.54** | **5683.16** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 35.0000 | 20.0000 | 700.00 | 325.5000 | 6510.00 |
| | Total Hours | 35.0000 | | | 325.5000 | |
| | Total Hrs Worked | 35.0000 | | | | |
| | Gross Earnings | | | 700.00 | | 6510.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 43.40 | 403.62 |
| Medicare | | 10.15 | 94.40 |
| Fed Income Tax | SMS | 13.85 | 161.80 |
| NY Income Tax | S 0 | 17.06 | 167.02 |
| NY Disability | Exempt | | |
| NY PFL | Exempt | | |
| **TOTAL** | | **84.46** | **826.84** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 615.54 | 5683.16 |

Payrolls by Paychex, Inc.
0023 7011-5721  Town Of Mount Hope · 1706 State Route 211 · Otisville NY  10963 · (845) 386-1460