Certificate Number: 12433-PAM-DE-038979305

Bankruptcy Case Number: 24-02073



12433-PAM-DE-038979305

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 18, 2024</u>, at <u>5:11</u> o'clock <u>PM EDT</u>, <u>Daniel B. Martine</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 18, 2024</u>         By:    <u>/s/Lisa Susoev</u>

                                Name:  <u>Lisa Susoev</u>

                                Title:  <u>Teacher</u>