UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     DANIEL BRIAN MARTINE | : | |
|     FRANCES ELIZABETH MARTINE | : | |
|       Debtor | : | |
| | : | |
|     JACK N. ZAHAROPOULOS | : | |
|     STANDING CHAPTER 13 TRUSTEE | : | |
|       Movant | : | |
| | : | CASE NO.   5-24-bk-02073 |
|     DANIEL BRIAN MARTINE | : | |
|     FRANCES ELIZABETH MARTINE | : | |
|       Respondent | : | |

<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

AND NOW, this 22nd day of October 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1.  The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

        a.  The Plan is inconsistent with Proofs of Claims filed and/or approved by the Court, with specific regard to Claim 6.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of Debtor(s) Plan.
        b.  Dismiss or convert Debtor(s) case.
        c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 22nd day of October 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511


        /s/Tammy Life_____
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee