United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Daniel Brian Martine

Frances Elizabeth Martine

    Debtors

Case No. 24-02073-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                        Page 1 of 2

Date Rcvd: Oct 22, 2024               Form ID: ntcnfhrg                    Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daniel Brian Martine, Frances Elizabeth Martine, P.O. Box 71, Milford, PA 18337-0071 |
| 5646991 | + | DELAWARE TOWNSHIP VOL AMBULANCE, 135 PARK ROAD, PO BOX 186 E, DINGMANS FERRY, PA 18328-0186 |
| 5646992 | ++ | GOLD KEY COUNTRY CLUB, 111 GOLD KEY ROAD, MILFORD PA 18337-5037 address filed with court;, GOLD KEY COUNTRY CLUB, 2000 GOLD KEY ESTATES, 111 GOLD KEY ROAD, MILFORD, PA 18337 |
| 5646993 | + | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 22 2024 18:32:59 | Mid-Hudson Valley Federal Credit Union, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5661072 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 22 2024 18:39:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5646994 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2024 18:39:00 | IRS, BOX 7704, SAN FRANCISCO, CA 94120 |
| 5646995 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 18:38:00 | KOHLS DEPARTMENT STORE, P.O. BOX 60043, CITY OF INDUSTRY, CA 91716-0043 |
| 5649942 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 18:50:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5646996 | | Email/Text: hnichols@mhvfcu.com | Oct 22 2024 18:39:00 | MID-HUDSON VALLEY FCU, PO BOX 1429, KINGSTON, NY 12402 |
| 5652372 | | Email/Text: hnichols@mhvfcu.com | Oct 22 2024 18:39:00 | Mid-Hudson Valley Federal Credit Union, P.O. Box 1429, Kingston, NY 12401 |
| 5654764 | ^ | MEBN | Oct 22 2024 18:32:58 | Mid-Hudson Valley Federal Credit Union, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5646997 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 22 2024 18:50:44 | REGIONAL ACCEPTANCE CORP, PO BOX 830913, BIRMINGHAM, AL 35283-0913 |
| 5646998 | + | Email/Text: bk@roadrunnerfinancial.com | Oct 22 2024 18:38:00 | ROAD RUNNER FINANCIAL SERVICES, PO BOX 6506, CAROL STREAM, IL 60197-6506 |
| 5652616 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 22 2024 18:50:44 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5646999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 22 2024 18:39:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5647262 | *+ | GREGORY D. MALASKA, ESQ., YOUNG & HAROS, LLC, 802 MAIN ST., STROUDSBURG, PA 18360-1602 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-2 blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Mid-Hudson Valley Federal Credit Union bkecf@friedmanvartolo.com  ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Frances Elizabeth Martine lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Daniel Brian Martine lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel Brian Martine,
aka Daniel B. Martine, aka Daniel Martine,

      Chapter     13

**Debtor 1**

      Case No.    5:24−bk−02073−MJC

Frances Elizabeth Martine,
aka Frances E. Martine, aka Frances Martine,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 28, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2024<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 22, 2024 |

ntcnfhrg (08/21)